IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2025 OCT 21 A 10: 23

T... ...ANGER, CLK
U.S. ...TRICT COURT
MIDDLE DISTRICT ALA

**GREGORY KELLY AND
ANNETTE B. KELLY
PLAINTIFFS;**

v.                              CASE NO.2:25-cv-795-ECM-JTA

**STATE FARM INSURANCE COMPANY** dba the
**State Farm Insurance Company**
  **DEFENDANT;**

## FIRST AMENDED MASTER SHORT FORM COMPLIANT AND JURY TRIAL DEMANDED

**COMES NOW**; the Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in **Gregory Kelly and Annette B. Kelly vs State Farm Insurance Company on October 1, 2025.** The Plaintiffs Short Form Complaint adopts the allegations, claims, and requests of relief set forth in the Master Long Form Complaint. The Plaintiffs may include additional allegations against the Defendant, not in the Master Long Form Complaint about the Defendant unlawful delays in processing the Plaintiffs benefits claims for lightning strikes and water damages which resulted in home electric circuit and home foundation structure claims.

1

## I. INTRODUCTION AND STATEMENT OF FACTS

1      The Plaintiffs seeks to amend the Master Long Form Complaint by removing Defendant Kris Stallworth, individually and his position as State Farm Insurance Agent from this civil action cause.

2      The Plaintiffs also seeks to amend the Master Long Form Complaint to add adddtinal causes of actions against the Defendant for secretly transmitting details about their insurances customers' driving habits to data brokers ; and misrepresentation or omission of material facts in the Defendant's home warranty companies ( HWC).

3      The Defendant is contracting with home warranty companies ( HWC) which are dispatching convicted felons to the Defendant's insurance policyholder homes as trusted contractors without consent from the home insurance policyholder.

4      The Defendant deceived, duped and misleads customers to believe that they can feel safe when their technical enters their homes. Customers have no other way to determine the criminal or employment background or the fitness of an in-home technical dispatched by the Defendant.

## II. PLAINTIFFS

5       **Plaintiff, Gregory Kelly,** elderly individual, over 65 years old, he suffers from Keratoconus, Glaucoma Blindness in the left eye; multiple lumbar herniated discs, left hemisphere Transient Ischemic Attack (TIA); and Major Depressive Disorders, PTSD stress, and reoccurring anxiety disorders caused by hate crimes, and Gender base violence (GBV) cruelty crimes.

6       **The Plaintiff, Annette B. Kelly,** resides in Montgomery, AL, and the Plaintiff is over 65 years old, and she suffers from reoccurring anxiety disorders caused by hate crimes, and Gender base violence (GBV) cruelty crimes.

## III. DEFENDANT

7       **The Defendant, the State Farm Mutual Insurance,** is a private insurance business with headquarters in Bloomington, Illinois.

## IV. JURISDICTION AND VENUE

8       Jurisdiction in this Honorable Court is posted under the provisions of 28 U.S.C, 1331 and 28 U.S.C, 1343 because it involves the civil rights of the Plaintiffs and because it involves questions of Federal law.

## V. CAUSES OF ACTION ASSERTED

**9** The Plaintiffs Short Form Complaint Causes of action asserted in the Master Civil Action Complaint are asserted against one specified Defendant, State Farm Mutual Insurance, in the Plaintiffs 'enumerated first amendment complaint therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

**10** The Defendant's discriminatory actions, acts and conduct have caused the Plaintiffs to suffer and continue to suffer harm, and injuries including financial economical and non-economic, injures and damage, plus emotional distress, mental anguish, pain and suffering, frustration, and humiliation

**11** The Defendant also forced the Plaintiffs into an insurance calm "Kafkaesque process," and due to Defendants' discriminatory actions, acts and conduct the Plaintiffs seek damages for the following cause of actions :

### COUNT 1 STATE CAUSE OF ACTION
### UNJUST ENRICHMENT BY FINANCIAL EXPLOITATION OF THE ELDERLY , BLIND , PARTIALLY BLIND AND THE INFIRM

### COUNT 2: FEDERAL CAUSE OF ACTION
### VIOLATIONS UNDER TITLE III OF THE ADA ACT
### Public Accommodations and Commercial Facilities
### codified in 42 U.S. Code § 12182

## COUNT 3 FEDERAL CAUSE OF ACTION
## RACIAL DISCRIMINATION UNDER 42 U.S.C. 1981

## COUNT 4 FEDERAL CAUSE OF ACTION DENIAL OF EQUAL PROTECTION CLAUSE
( 14th Amendment and U.S Constitution Violations )

## COUNT 5: FEDERAL CAUSE OF ACTION
## INA Document Abuse and Discrimination

## COUNT 6 FEDERAL CAUSE OF ACTION
## WIRE FRAUD VIOLATIONS of 18 U.S.C. § 1341 CLAIMS
(Conspiring in Wire Frauds via the Internet, TV, Radio, Emails and/ or Cell Phone Calls which constitute violation of 18 U.S.C. § 1343.

## COUNT 7 FEDERAL CAUSE OF ACTION
## MAIL FRAUD VIOLATIONS of 18 U.S.C. § 1341 CLAIMS
(Conspiring in Mail Frauds by and through use of U.S mail system )

## COUNT 8 FEDERAL CAUSE OF ACTION
## CFAA Act VIOLATIONS of 18 U.S.C. § 1030 CLAIMS
(Data breaches, algorithm bias, and computer network liability. )

## COUNT 9 FEDERAL CAUSE OF ACTION
## DPPA Act VIOLATIONS of 18 U.S.C. §§ 2721–2725
(knowingly obtaining or disclosing personal information from a motor vehicle record for an unpermitted purpose and/or for unlawfully financial gains )

## COUNT 10 FEDERAL CAUSE OF ACTION
## ECPA Act VIOLATIONS of 18 U.S.C.§§ 2510–2523): CLAIMS
( Wiretap Act the intentional, unauthorized interception of wire, oral, and electronic communications while they are being transmitted)

## COUNT 11 FEDERAL CAUSE OF ACTION
## ITADA Act VIOLATIONS of Title 18, Section 1028 of the U.S Code Claims
## ( ID Theft where employees or agents knowingly use the personal identification of another person to commit or assist in unlawful activity.

## COUNT 12 FEDERAL CAUSE OF ACTION
## VIOLATIONS OF 18 U.S.C. § 1341 ( HONEST SERVICE FRAUD)

## COUNT 13 FEDERAL CAUSE OF ACTION
## WILLFUL AND DELIBERATE NONCOMPLIANCE WITH FCRA ACT 15 U.S.C §§ 1684b(c),1681n

## COUNT 14 FEDERAL CAUSE OF ACTION
## NELIGENT NONCOMPLIANCE WITH FCRA ACT
## 15 U.S.C §§ 1684b(c), 1684o

## COUNT 15 FEDERAL CAUSE OF ACTION
## UDAAPs ACT ABUSIVE BUSINESSES PRACTICES AND ACTS
Pattern of violations under Sections 1031 and 1036 of the Dodd-Frank Act

## COUNT 16 STATE CAUSE OF ACTION
## DOMESTIC ABUSE INSURANCE PROTECTION ACTS
Codified in AL Code § 27-55-3 (2024)

## COUNT 17 STATE CAUSE OF ACTION
## VIOLATIONS OF ALABAMA'S PROMPT PAY LAWS
Code of Alabama 27-1-17

## COUNT 18 STATE CAUSE OF ACTION
## PROMISSORY ESTOPPEL UNDER STATE COMMON LAW
*(Making False Prompt Payment Statements and Fraudulent Claims under the Defendant's Homeowners Insurance Contract )*

6

## COUNT 19 FEDERAL CAUSE OF ACTION
## FDCPA ACT CLAIMS

## COUNT 20 FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FAIR HOUSING ACT, 42 U.S.C. § 3604(a) & (b)

## COUNT 21 FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FAIR HOUSING ACT, 42 U.S.C. § 3605

## COUNT 22 FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FAIR HOUSING ACT, 42 USC Section 3602(h).

## COUNT 23 FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FAIR HOUSING ACT, 42 U.S. Code § 3604

## COUNT 24 FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FAIR HOUSING ACT, 42 U.S.C. § 3631

## COUNT 25 STATE CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## COUNT 26 STATE CAUSE OF ACTION
## NEGLIGENCE

## COUNT 27 STATE CAUSE OF ACTION
## NEGLIGENCE UNDERTAKING

## COUNT 28 STATE CAUSE OF ACTION
## GROSS NEGLIGENCE

## VI.   JURY DEMEND

1    The Plaintiffs hereby demand a trial by jury as to all claims in this action

## VII.   PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiffs pray for relief and judgment againts the Defendant and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for personal injury, and tangible and intangible losses which the Plaintiffs may be entitled

**RESPECTFULLY SUBMITTED** this 21 day of October 2025

By: _____

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____

**Annette B Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

## CERTIFICATION OF SERVICE

We, hereby certify, my certified mail that we, **Plaintiffs Gregory Kelly and Annette B. Kelly,** have sent notification, and a copy of the foregoing has been served upon the following by placing a copy of the same in the U.S mail, and properly addressed and postage prepaid of such filing to the following individuals **on the "21ᵗʰ day of October of 2025."**

**Mr. Trey Granger**
**U.S District Court of Alabama**
Middle District of Alabama
1 Church St.
Montgomery, AL 36104

**State Farm Insurance Company**
One State Farm Plaza
Bloomington, IL 61710

By: _____

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____

**Annette B Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com