IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2025 NOV 10 A 9:58

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**GREGORY KELLY AND**
**ANNETTE B. KELLY**
  *Plaintiffs;*

v.                                          CASE NO. 2:25-cv-795-ECM-JTA

**STATE FARM INSURANCE COMPANY** dba the
State Farm Insurance Company
*Defendants;*

  v.                                        CASE NO: 2:25-cv-825-RAH-JTA (WO)

**ALABAMA STATE PORT AUTHORITY** dba
Alabama State Port Authority ("ASPA") et, al
*Defendants;*

## PLAINTIFFS' 2nd REQUEST FOR A STAY ORDER AND/OR REQUEST FOR MENTAL HEALTH BREAKS DUE TO MENTAL ILLNESS

**COMES NOW;** the Plaintiffs Gregory Kelly and Annette B. Kelly seek a stay order due to mental health illnesses due to PTSD, major depression and general anxiety due alleged RICO Act murder for hire chemical poison attacks which cause the Plaintiff Annette B. Kelly to suffer mental depression disorder, and the Plaintiffs state the following in support for a stay order and mental health break(s) due to mental health illnesses and memory losses:

1

1. The Plaintiffs on the recommendations of mental health providers of Plaintiff Annette B. Kelly request a stay order and/or mental health break due to alleged murder for hire chemical poison attacks, and because the Plaintiff Annette B. Kelly is recovering from kidney stones and because the Plaintiff is still grieving due to the recent passing of her sister who lives in Louisville, Ky.

2. The Plaintiff will also not travel to Louisville, Ky to attend her sister's funeral service on November 11, 2025, due to the advice of her healthcare providers

3. Due to the Plaintiffs mounting medical and personal issues, Plaintiff Annette B. Kelly is currently experiencing a major health care crisis.

4. Plaintiff Annette B. Kelly for the next several weeks will be closely monitored by her personal physical and mental health providers.

5. **On November 18, 2025 in CASE NO.2:25-cv-795-ECM-JTA, State Farm Insurance Company and CASE NO.2:25-cv-825-RAH-JTA, Alabama State Port Authority (11:00am"),** the Honorable Court has requested that both Plaintiffs, Mr. and Mrs. Gregory Kelly survivors and victims of hate crimes, to appear in person and be prepared to demonstrate why sanctions, or other consequences should not be imposed to prevent further violations of court orders when declaring the Plaintiffs as vexatious litigants and **without good cause(s).**

6. Plaintiff Annette B. Kelly is facing a life-threatening illness, and the Plaintiffs request a stay to allow Plaintiff Annette B. Kelly time to focus on treatment.

7. The Plaintiff believes that if Honorable Court proceeds with litigation in the case, then the actions and acts of the Honorable Court would be cruel and could make the Plaintiff Annette B. Kelly unable to assist in her own defense.

8. Thus, the Plaintiffs Gregory Kelly and Annette B. Kelly seek a stay order due to PTSD, major depression and general anxiety and due to the Plaintiffs mounting medical and personal issues which as caused the Plaintiff Annette B. Kelly to currently experiencing a major health care crisis,

**RESPECTFULLY SUBMITTED this 10 day of November 2025.**

By: _____/s/ Gregory Kelly 11-10-2025_____

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____Annette B. Kelly ABK 11/10/2025_____

**Annette B Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

## CERTIFICATION OF SERVICE

We, hereby certify, our certified mailings , **Plaintiffs Gregory Kelly and Annette B. Kelly,** have sent notification, and a copy of the foregoing has been served upon the following by placing a copy of the same in the U.S mail, and properly addressed and postage prepaid of such filing to the following individuals **on the "10ʰ day of November of 2025."**

**Mr. Trey Granger**
**U.S District Court of Alabama**
Middle District of Alabama
1 Church St.
Montgomery, AL 36104

**State Farm Insurance Company**
One State Farm Plaza
Bloomington, IL 61710

By: _____

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____

**Annette B Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

4