IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KELLY, *et al.*,                    )
                                            )
    Plaintiffs,                          )
                                            )
v.                                          )   CASE NO. 2:25-cv-795-ECM
                                            )
STATE FARM INSURANCE COMPANY,               )
                                            )
    Defendant.                           )

**FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of

the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED

without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of December, 2025.

                    /s/ Emily C. Marks
                  EMILY C. MARKS
                  CHIEF UNITED STATES DISTRICT JUDGE