**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2026 JAN 23 P 1: 46

T... ...ANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**GREGORY KELLY AND**
**ANNETTE B. KELLY**
**Plaintiffs,**

**vs**                                    **CASE NO.: 2:25-cv-00795-ECM-JTA**

**STATE FARM INSURANCE  COMPANY;  ET AL.,**

                                         **CASE NO.:  2:25-cv-00825-RAH-JTA**

**ALABAMA STATE PORT AUTHORITY ; ET AL.,**

                                         **CASE NO.:  2:25-cv-00733-MHT-JTA**

**MONTGOMERY REAL ESTATE, ET AL.,**

<u>**PLAINTIFF'S  MOTION FOR A NEW TRAIL)AND MOTION FOR A**
**SPECIAL MASTER  TO REDREES  A PATTERN OF CIVIL RIGHTS**
**VIOLIATIONS  DUE TO  "BLACK VEXATION   COURT LIGIANTS  BEING**
**VICTIMIZED BY  DE-JURE DISCRIMINATION**</u>

**COME NOW**; the  Plaintiffs, seek  motion(s)  for a retrial  and  the Honorable Court

to  vacate the Court rulings  in  the  *Kellys vs. State Farm Insurance , et al  and  Kellys vs.*

*Alabama State Port Authority, et al* and *Kellys vs. Montgomery Real Estate ,et. al*   the

Plaintiffs  seeks new trial due to significant errors and blunders  and judicial misconduct,

legal mistakes and  Theta Nu Epsilon (TNE)  Gang Members  and their judicial  associates

1

using unlawful means to **BLOCK ACCCESS TO THE U.S COURTHOUSE DOORS** in attempts to bring back De jure discrimination to the state of Alabama .

**Under Federal Rule of Civil Procedure 53**, the Plaintiffs, additionally seek and request "Motion for a Special Master" because U.S. District Court for the Middle District of Alabama (ALMD) **"NUMBER ONE RULE"** is that white corrupt politicians and court officals **"DO NOT GO TO JAIL"** for politicizing the court system and violating the guaranteed civil rights and constitutional rights of Black and non-white court litigants, and the Plaintiffs state the following in support of their motion for a new trail and Motion for a Special Master"

1) Sad, but true infamous ALMD court officals and Theta Nu Epsilon Gang Members like judge Mark Fuller's and Leura C. Canary reprehensible conduct that includes CIMT and GMC violations, concealing conflict of interests, abuse of discretion , public drunkenness , wife beating and lying under oath ,

2) Present and formal ALMD court officals Mark Fuller's and Leura C. Canary and ALMD TNE Gang Members **NUMBER ONE RULE"** is that white corrupt and crooked AL-GOP public officals **"DO NOT GO TO JAIL"** for weaponizing and politicizing the ALMD court system and for violations of guaranteed civil rights and constitutional rights against Black citizens under the 1st , 4th, 7th , 8th and 14th Amendment the U.S Constitutional. **[1]**

3) **On March 12, 2009**, ALMD court system was weaponized and politicized when Leura C. Canary, the ex-U.S. Attorney for Alabama's Middle District U.S Attorney; and TNE Gang Members schooled in intimidating tactics filed a retaliatory federal lawsuit against Plaintiff Gregory Kelly seeking damages of $44,207.64 ($17,412.79 principal, plus interest in the amount of $26,794.85, as of January 12,2009), **in ETA Act violations** because Plaintiff Gregory Kelly was perceived as enemy of TNE Gang Members. **[2]**

4) The ALMD Court has **FAILED** to establish a panel of citizens to redress these allegations about U.S Court Judges and U.S Magistrate Judges have committed CIMT (Crime Involving Moral Turpitude) and GMC (Good Moral Character) involving being public drunkenness , and U.S Court Judges and U.S Magistrate Judges being liars, cheaters, womanizers and usurping federal laws

5) In the 2:07-cv-00610-MEF-SRW Kelly v. Free et al , Mark E. Fuller, presiding Susan Russ Walker, referral; Plaintiff, Gregory Kelly, this case involved attempts to bring back De jure discrimination back to the state of Alabama and concealed conflict of interest by using non-disclosure agreement (NDAs) to covering up secret financial ties, secret kickbacks and bribes and/or other benefiting for official actions such as criminalizing public speech and weaponizing the law against TNE Gang Members perceived political and religious enemies. **[3]**

3

6) "Disgraced   Judge Mark Fuller personally received US -DOD  government funds   for politicizing the  court system  and   for allowing state actors  to  used dumb- down engineering standards like **patching and plugging  nuclear  reactors**   and patching and plugging  nuclear  reactors   increase  risking a large-scale nuclear catastrophe on the scale of a Chernobyl or a Fukushima in Alabama **[4]**

7)  Judge Mark Fuller's  and anti-science ALMD  Judicial Court   also  allowed  rogue state actors  to  used dumb- down engineering standards  and TNE  Gang Members and  other fraudsters to   defraud the   US- DOE ARRA funds  for more than **$868,824.00,** awarded on April 7, 2010,   where US- DOE ARRA funds  for **CARBON CAPTURE AND STORAGE**  research  funds were allowed  to group   **of homosexual members and "pedophile protectors"** in an alleged pedophile criminal ring which  was operating and running state government  agencies  like   the APSC Commission  state agencies. **[5]**

8)  Plaintiff  Gregory  Kelly  has warned state law enforcement officals  about  gay state actors commuting  violation of  the Qui Tam, Anti-fraud,  reverse  FCA/FERA Provisions  and gay  engineers  admitted under oath  in court of committing  a string of violations of  the Qui Tam, Anti-fraud,  reverse  FCA/FERA  acts provisions  when they  swindled   and defrauded the   US- DOE ARRA funds  for more than **$868,824.00, awarded on April 7, 2010**

4

9) Anti-science ALMD  Judicial Court  officals   have also subjected *to* Plaintiff Gregory  Kelly  to political retribution   for filing  whistleblower  Complaints  shaming and humiliating  ALMD  Judicial Court  officals  and members   where the  U.S DOD  Doss Aviation contract paid Judge Fuller's  millions of dollars   for politicizing the  ALMD court system,  and criminalizing public  speech   and weaponizing  the law against  TNE  Members perceived enemies

10)   Plaintiff  Gregory  Kelly's RICO Act,  Qui Tam,  Anti-fraud and reverse FCA/FERA  federal  lawsuit claims  to sue a gang  of  government fraudsters  on  the behalf of the U.S. government for:   theft of federal funds  and accounting  and financial   crimes like overbilling, kickbacks, and false statements related to federal funds anf  monies   have  been  blocked  by  anti-science TNE Secret Society Gang Members  inside  the ALMD  Judicial Court  system.

11)   The  Plaintiffs say that  TNE Secret Society Gang Members  inside  the ALMD Court have   treated survivors  of stalking  and state sponsored   hate crimes offenses differently than others people ( like white wife beaters , white public drunks, and cheaters  who  lie under oath in federal and state  court  )  because the Plaintiffs exercise their right   and expressed their opinions to the court  which constitute violations of under the  1st , 4th, 7th , 8th and 14th  Amendment the U.S Constitutional.

12)    The Plaintiffs are being treated significantly differently than other people especially white and affluent AL-GOP members and TNE Secret Society Members by having their *14th Amendment Due Process* Rights violated when ALMD court judges say that it was ok for white Defendants **"NOT TO ANSWER" Black Court litigant complaints and court filings.**

13)    The Plaintiffs as survivors of stalking and cyberstalking and state sponsored hate crimes and terrorist acts are being treated differently than others people *have their Due Process Rights violations"* when ALMD Judges intervened and taking over **more than twenty nine("29") RICO Act racketeering cases** involving **more than 458 state entities** in an alleged criminal enterprise where ALMD Court Judges and TNE Secret Society Gang Members answered and filed motions and objections for the Defendants in this vast Criminal Enterprise network.

14)    ALMD court judges have acts in concert and a mass conspiracy to violate the civil rights and constitutional rights of "so called" Black vexatious litigants who have a right to **procedural due process, which meaning ALMD court judges and court officals must provide notice and an opportunity to be heard before labeling someone a vexatious litigant and restricting their filings, even if their cases seem baseless, meritless and/or frivolous**

6

15)   The Plaintiffs are  being subjected to discriminatory acts  *when ALMD white*

court judges **committed   Eighth Amendment  violations** *by* imposition of fines and

fees that are grossly disproportionate to the severity of the offense;

16)   The Plaintiffs  on account of their race,   color sex/gender ID are  *being subjected*

*to **the Fourteenth Amendment violations** which require the consideration of*

*alternatives before incarcerating individuals who are unable to pay fines and fees;*

17)   ALMD  machine members   who continue to violate *are*  ***the Fourteenth***

***Amendment violations***   which prohibit the imposition of fines and fees in a manner

that intentionally discriminates against a protected class.

18)   **In  PRIVATE STATE COURTS**, "U of A"  Machine Members are not allowing

the review of any documents  about  **violation of  the Qui Tam, Anti-fraud,  reverse**

**FCA/FERA Provisions** and/or take act at law and/or in equity  or the right to call

witnesses or cross-examine favorable witnesses, and perceived  enemies  of  the

**RACKEREERING ENTERPRISE**  and there is no impartial Judicial officer. Thus,

substantive due process and due process require, at a minimum: (1) notice,  (2) an

opportunity to be heard; and (3) an impartial tribunal no such due process is afforded

perceived enemies of ALMD  machine members   in these  illegal  **PRIVATE AND**

**SECREAT STATE COURTS in Alabama.**

19) In Conclusion , the Plaintiffs **ARE NOT VEXATION LITIGANTS** for filing RICO Act and SOX Act and Qui Tam, Anti-fraud and reverse FCA/FERA Act retaliation complaints as government whistleblower/information's for 1th Amendment Censorship and 14th Amendment *Due Process Rights violations"* when ALMD Court Judges illegally intervened and taking over **more than twenty-nine ("29") RICO Act case** about TNE Secret Society Gang Members have never faced prosecution for over the **"ALMD NUMBER ONE RULE"** about crooked and corrupt white politicians and court officals **"DO NOT GO TO JAIL"** for politicizing the ALMD court system and for violations of guaranteed civil rights and for constitutional rights violations and for stealing U.S government funds.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the jury will award him, based on the facts and circumstances of this case, an amount of money to adequately compensate the Plaintiff and to sufficiently punish the Defendants so as to deter such action in the future.

**RESPECTFULLY SUBMITTED on this 23 day of January 2026.**

By: _____

Gregory and Annette B Kelly, Plaintiff
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

8

## CERTIFICATION OF SERVICE

I hereby certify, my certified mail, Plaintiff Gregory and Annette B. Kelly , sent notification, and a copy of the foregoing has been served upon the following by placing a copy of the same in the U.S mail, and timely and properly addressed and postage prepaid of such filing to the following individuals **on and about the "23[th] day of January of 2026."**

**Mr. Trey Granger**
**U.S District Court of Alabama**
1 Church St.
Montgomery, AL 36104

By: _____ 1-23-2026

**Gregory and Annette B Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

9