# EXHIBIT

# #3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV610-WHA |
| | ) | |
| JOHN FREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendants' response to the order to show cause, it is

ORDERED that defendants' motion to recover costs (Doc. #27), as supplemented by

the response to the order to show cause, is hereby CONSTRUED as the defendants' bill of

costs. The Clerk is DIRECTED to docket it as such and to tax any costs deemed by the Clerk

to be allowable.

DONE, this 14th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV610-WHA |
| | ) | |
| JOHN FREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendants' motion to recover costs (Doc. # 27), it is

ORDERED that defendants are DIRECTED to show cause, on or before July 10, 2008, why the motion should not be denied for defendants' failure to follow the procedural requirements set forth in Local Rule 54.1 and the requirement of 28 U.S.C. § 1924 that the party, his attorney, or his agent verify that each item of costs is correct and has been necessarily incurred in the case and that the services for which fees were charged were actually and necessarily performed.[1]

DONE, this 7th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The affidavit of the custodian of the legal bills submitted by outside counsel to the Public Service Commission does not meet the requirement of the statute.

PLAINTIFF'S
EXHIBIT
3-2

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206
(334) 265-9299 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of the Court and a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 30th day of June, 2008.

J.Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, AL 36103-5130

Olivia W. Martin
Assistant Attorney General
Office of the Attorney General
11S Union Street
Montgomery, AL 36130-0152

_____
OF COUNSEL



**PLAINTIFF'S EXHIBIT**
3-4

Case 2:07-cv-00610-MEF-SRW    Document 28    Filed 06/30/08    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2008 JUN 30  P 3: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| GREGORY KELLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| JOHN FREE, et al., | ) | CASE NO.:2:07-CV-610-WHA |
| | ) | |
| | ) | |
| Defendants. | ) | |

## OPPOSITION TO MOTION TO RECOVER COSTS

Comes now the Plaintiff, Gregory Kelly, by and through his attorney of record, and opposes the Defendants' Motion To Recover Costs for the following reasons:

1. There was no explanation of what the costs were for and no reason given for incurring such cost.

2. The attorney filing said request was not involved in the litigation of this case.

3. The imposition of cost acts as a chilling effect on potential Plaintiff and this discourages potential Plaintiffs from pursuing litigation of civil rights claims.

Respectfully submitted this the 30th day of June, 2008.

JIM L. DEBARDELABEN
ASB4800A40J
Attorney for Plaintiff Kelly

PLAINTIFF'S
EXHIBIT
3-3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KELLY,                                              )
                                                           )
            Plaintiff,                                      )
                                                           )
v.                                                         )        Civil Action No. 2:07-cv-610-WHA
                                                           )
JOHN FREE, individually and in his official                )
position as an employee of the Alabama Public              )
Service Commission; JANICE M. HAMILTON,                    )
individually and in her official position as a             )
Division Director of the Alabama Public Service            )
Commission; and ALABAMA PUBLIC                             )
SERVICE COMMISSION, an agency of the                       )
State of Alabama,                                          )

## MOTION TO RECOVER COSTS

Troy King, the Attorney General of the State of Alabama, files this motion to recover

costs on behalf of the Alabama Public Service Commission, an agency of the State of Alabama,

John Free, individually and in his official position as an employee of the Alabama Public Service

Commission, and Janice Hamilton, individually and in her official position as Division Director

of the Alabama Public Service Commission.  In support of this motion, the Attorney General

states:

1.  Plaintiff, Gregory Kelly, filed claims against Defendants alleging discrimination in

    the workplace based on age and race, Defendants filed a Motion for Summary

    Judgment, and this Court granted Defendants' Motion for Summary Judgment on

    May 23, 2008.

1

PLAINTIFF'S
EXHIBIT
3-5

PSC4    A77-7

Case 2:07-cv-00070-WHA-SRW   Document 27-3   Filed 06/20/2008   Page 2 of 9

2. In a separate judgment entered in accordance with the Memorandum Opinion on the Motion for Summary Judgment on May 23, 2008, this Court held that the costs were taxed against the Plaintiff.

3. Defendants hereby request that Plaintiff pay to Defendants $6,952.79 incurred as costs and expenses during this litigation.  This amount does not include any legal fees.

4. Redacted copies of the legal bills and invoices supporting the amount requested to be reimbursed for costs and expenses are attached hereto as Exhibit A.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


By:     /s/ Olivia W. Martin
        OLIVIA W. MARTIN MAR 003
        Assistant Attorney General


ADDRESS OF COUNSEL:

OLIVIA W. MARTIN
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7393
Fax: (334) 242-2433
E-mail: omartin@ago.state.al.us



PLAINTIFF'S
EXHIBIT
3-6

2

PSC4   A 77-8

## CERTIFICATE OF SERVICE

I certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy Lee DeBardelaben – dgoollaw@aol.com

Oakley W. Melton, Jr. – omelton@mewlegal.com

/s/ *Olivia W. Martin*
OLIVIA W. MARTIN (MAR003)



3

PSCY  A77-9

Case 2:25-cv-00795-ECM-JTA   Document 34-3   Filed 01/23/26   Page 9 of 9
Case 2:07-cv-00610-MEF-SRW   Document 33   Filed 07/14/08   Page 1 of 1

Case 2:07-cv-00610-WHA-SRW   Document 31   Filed 07/10/2008   Page 8 of 105

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA – NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 2:07-cv-610-WHA |
| | ) | |
| JOHN FREE, et al., | ) | |
| | ) | |

### Bill of Costs

Judgment having been entered in the above entitled action  May 23, 2008  against  Gregory Kelly ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................... | $ 0 |
| Fees for service of summons and subpoena ................................... | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0 |
| Fees and disbursements for printing ...................................... | 0 |
| Fees for witnesses (itemize on page two) .................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 4,181.91 |
| Docket fees under 28 U.S.C. 1923 ....................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ............ Deposition cost for ct. reporter | 2,770.88 |
| TOTAL | $6,952.79 XXXX |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Olivia W. Martin_ (signature)

Name of Attorney: _Olivia W. Martin_

For: John Free and the Alabama Public Service Commission   Date: 7/10/08
                         Name of Claiming Party

Costs are taxed in the amount of  6,952.79  and included in the judgment.

Clerk of Court  Debra P. Hackett                    By: (signature)                    7/14/08
                                                        Deputy Clerk                      Date

PLAINTIFF'S
EXHIBIT
3-8